## 13584.   ALLEN v. THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and neither ground of the amendment to the motion for a new trial shows error.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 11, 1922.

Indictment for larceny from house; from Wilkes superior court — Judge Shurley. April 1, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general.* contra.